UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                        PLAINTIFF

v.                           Case No. 5:17-cv-00227-KGB-JJV

WENDY KELLEY, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court are the first Proposed Findings and Recommendations (Dkt. No. 15) and the second Proposed Findings and Recommendations (Dkt. No. 17) submitted by United States Magistrate Judge Joe J. Volpe. Plaintiff Terry Lee Ward filed objections to both Proposed Findings and Recommendations (Dkt. No. 18). After a review of both Proposed Findings and Recommendations and Mr. Ward's objections, as well as a *de novo* review of the record, the Court adopts both Proposed Findings and Recommendations in their entirety (Dkt. Nos. 15, 17). The Court therefore denies Mr. Ward's motion and amended motion for a temporary restraining order (Dkt. Nos. 13, 16).

It is so ordered this 2nd day of May, 2018.

Kristine G. Baker
United States District Judge