UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                                     PLAINTIFF

v.                            Case No. 5:17-cv-00227-KGB-JJV

WENDY KELLEY, *et al.*                                                                       DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 24). Although plaintiff Terry Lee Ward requested and was granted an extension of time to file objections to the Proposed Findings and Recommendations, he failed to file timely objections (Dkt. Nos. 28, 29, 33, 34). After a review of the Proposed Findings and Recommendations, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 24). The Court therefore dismisses without prejudice from this action the Doe Defendants. Further, the Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 2nd day of May, 2018.

Kristine G. Baker
United States District Judge