UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                                                PLAINTIFF

v.                        Case No. 5:17-cv-00227-KGB-JJV

WENDY KELLEY, *et al.*                                                                           DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations (Dkt. No. 76) submitted by United States Magistrate Judge Joe J. Volpe. After seeking several extensions of time to do so, plaintiff Terry Lee Ward filed objections to the Proposed Findings and Recommendations and supplemental objections (Dkt. Nos. 84, 90). Mr. Ward also submitted several other filings, all of which this Court has reviewed (Dkt. Nos. 86, 88, 89, 93, 94). After a review of the Proposed Findings and Recommendations and all of Mr. Ward's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 76). The Court therefore grants defendants' motion for summary judgment and dismisses with prejudice Mr. Ward's claims against defendants Kelley, Watson, Brown, and Cashion. The Court dismisses without prejudice all other claims asserted by Mr. Ward for failure to state claims upon which relief can be granted.

Along with filing his objections and submitting other filings, Mr. Ward also filed two motions for order, a motion to stay, and a motion to extend time (Dkt. Nos. 85, 87, 91, 92). The Court denies as moot Mr. Ward's motions for order (Dkt. Nos. 85, 87). The Court denies as moot Mr. Ward's motion to stay (Dkt. No. 91). The Court grants Mr. Ward's motion to extend time and, in ruling on this matter, the Court has considered all filings made by Mr. Ward that relate to the claims he files in this action (Dkt. No. 92). The Court sees no basis to alter or reject Judge Volpe's recommendations.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 76), grants defendants' motion for summary judgment (Dkt. No. 71), and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 23rd day of September, 2019.

_____
Kristine G. Baker
United States District Judge